IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER ZAPOLSKI,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**TROOPER RONALD GODEK, et al,** )<br>)<br>**Defendants.** ) | Case No. 1:24-CV-111 |

**MEMORANDUM ORDER**

This action was received by the Clerk of Court on April 15, 2024. The matter was assigned and later referred to United States Magistrate Judge Patricia L. Dodge, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

In his complaint, Plaintiff, acting pro se, alleges that his constitutional rights were violated in events surrounding his April 11, 2022 arrest. As Defendants, he names Pennsylvania State Troopers Ronald Godek, Kent Loucks, and John Doe, as well as Assistant District Attorney Gregory Reichart.

By Report and Recommendation filed on May 6, 2025, Magistrate Judge Dodge recommended that a motion to dismiss filed by Defendants Godek and Loucks be granted in part and denied in part and that a motion to dismiss filed by Gregory Reichart be denied. ECF No. 39.

To date, no objections to the Report and Recommendation have been filed by any party. Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the magistrate judge's findings or recommendations. 28 U.S.C. § 636(b)(1); Local Rule 72(D)(2).

1

After *de novo* review of the documents in the case, together with the motions to dismiss, opposition thereto, and the Report and Recommendation, the following order is entered:

AND NOW, this 13th day of June 2025;

IT IS ORDERED that the motion to dismiss filed by Defendants Godek and Loucks [ECF No. 13] is granted in part such that Plaintiff's Fourteenth Amendment claims are dismissed with prejudice. The motion is otherwise denied without prejudice.

IT IS FURTHER ORDERED that the motion to dismiss filed by Defendant Reichart [ECF No. 29] is denied without prejudice.

IT IS FURTHER ORDERED that the Report and Recommendation of Magistrate Judge Dodge, issued on May 6, 2025 [ECF No. 39], is adopted as the opinion of this Court.

FINALLY, IT IS ORDERED that this action is stayed and administratively closed pending the final resolution of Plaintiff's state criminal case. It shall be Plaintiff's obligation to inform this Court of the resolution of the criminal case and to file a motion to reopen.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge